JAMES DUFFY, Respondent, *v.* OTIS ELEVATOR COMPANY,
Appellant.

*Duffy v. Otis Elevator Company*, 134 App. Div. 913, affirmed.
(Argued March 27, 1911; decided April 25, 1911.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered October 25, 1909, affirming a judgment in favor
of plaintiff entered upon a verdict in an action to recover
for personal injuries alleged to have been sustained

by plaintiff through the negligence of defendant, his employer.

*Henry S. Curtis* and *Frederick B. Campbell* for appellant.

*John F. Brennan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, CHASE and COLLIN, JJ.